# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 5, 2006

To: United States Court of Appeals    Attn: ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                   (✓)    Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CR 03-00156HG-01      Appeal No:    05-10129

Short Title:    USA vs. Samuseva

Clerk's Files in _____ volumes (✓) original ( ) certified copy

Bulky docs _____ volumes (folders) docket #

Reporter's Transcripts   10   volumes (✓) original ( ) certified copy

Exhibits _____ volumes ( ) under seal

_____ boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #29, #30, #31,#34,#35,#36

Acknowledgment: _____    Date: _____

cc: counsel