# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 5, 2006

To: United States Court of Appeals      Attn: ( )   Civil
    For the Ninth Circuit
    Office of the Clerk                        (✓)   Criminal
    95 Seventh Street
    San Francisco, California 94103            ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CR 03-00156HG-01           Appeal No:   05-10129

Short Title:    USA vs. Samuseva

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 10 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #29, #30, #31,#34,#35,#36

Acknowledgment: _____    Date: _____

cc: counsel