


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

May 5, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 0 2006

DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10129 | USA v. Samuseva | CR-03-00156-1-HG |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover.  Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Shantal See
Deputy Clerk

Enclosure(s)
cc: All Counsel