May 25, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 556-9920

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 26 2006
DISTRICT OF HAWAII

District Court/Agency: USDC Hawaii (Honolulu)
Lower Court Number: CR-03-00156-1-HG
Appeal Number: 05-10129
Short Title: USA v. Samuseva

| | Volumes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 | | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 10 | | | 0 | Certified Copy(ies) | | | |
| Exhibits in: | 6 | Envelopes | | 6 | Under Seal | | | |
| | 0 | Boxes | | 0 | Under Seal | | | |
| | 0 | Volumes | Volume | 0 | of record | | 0 | Under Seal |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:** docs (Under Seal) #29, 30, 31, 34, 35, & 36

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:     March 15, 2006

TO:       Clerk's Office
          USDC Hawaii (Honolulu)

FROM:     Steve Seferian, Supervisor

SUBJECT:  Request for Record on Appeal

FILED
APR 0 6 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10129 | USA v. Samuseva | CR-03-00156-1-HG |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: April 5, 2006

To:  United States Court of Appeals      Attn: ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                        (✓)  Criminal
     95 Seventh Street
     San Francisco, California 94103            ( )  Judge

FILED
APR 06 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00156HG-01         Appeal No:   05-10129

Short Title:  USA vs. Samuseva

| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 10 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #29, #30, #31,#34,#35,#36

Acknowledgment: _____    Date: _____

cc: counsel