

Federal Correctional Institution Dublin
Name: [illegible]
Reg. No. 87101-022
5701 8th St. Camp Parks
Dublin, CA 94568

United States District Court of Hawaii
300 Ala Moana Blvd
Honolulu, HI 96850

PJKK Federal Building
Clerks