# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 15, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | Civil No. 06-00585 HG |
| | Criminal No. 03-00156 HG |
| CASE NAME: | Eseta Samuseva v. United States |
| ATTYS FOR PLA: | Pro Se |
| ATTYS FOR DEFT: | Michael K. Kawahara, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | November 15, 2006 | TIME: | |

## MINUTE ORDER

On October 30, 2006, Movant Eseta Samuseva filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.

Pursuant to LR 7.10, respondent United States has until on or before **November 29, 2006** to file a response addressing the matters asserted in the petition as grounds for relief.

IT IS SO ORDERED.

Submitted by:  Mary Rose Feria, Courtroom Manager

cc:   Eseta Samuseva
      Michael K. Kawahara, Esq.
      Judge Gillmor's chambers