ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2006

at __1__ o'clock and ___ min. __ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
FOR THE District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: CV06-00585 HG |
| Respondent, | |
| vs | APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Eseta Samuseva | |
| Petitioner. | |

I, Eseta Samuseva, declare that I am the (check appropriate box) ☒ Petitioner/Plaintiff/Movant  ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes  ☐ No  (if "No" go to Part 2) If "Yes," state the place of your incarceration: FCI Dublin - 5701 8th St Camp Parks, Dublin, CA 94568

Are you employed at the institution?  ☒ Yes  ☐ No
Do you receive any payment from the job?  ☒ Yes  ☐ No
Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? In Prison  ☒ Yes  ☐ No
If the answer is "Yes," state the amount of your take-home salary or wages and pay period and the name and address of your last

1  employer:
2  _Recreation- Education Building-_
3  _____
4  _____
5  If the answer is "No," state the date of your last employment,
6  the amount of your take-home salary or wages and pay period and
7  the name and address of your last employer:
8  _____
9  _____
10 _____
11 3.   In the past (12) twelve months have your received any money
12 from any of the following sources?
13     a.   Business, profession or, self-employment    ☐ Yes  ☒ No
14     b.   Rent payments, interest or dividends        ☐ Yes  ☒ No
15     c.   Pensions, annuities or life insurance payments
16                                                     ☐ Yes  ☒ No
17     d.   Disability or workers compensation payments
18                                                     ☐ Yes  ☒ No
19     e.   Gifts or inheritances                      ☐ Yes  ☒ No
20     f.   Any other sources                          ☒ Yes  ☐ No
21 If any answer to any of the above is "Yes," describe each source
22 of money and state the amount received and what you expect you
23 will continue to receive.
24 _100.⁰⁰ every 2 months from family. But_
25 _I am not sure, if they have they send_
26 _if they don't have extra, then I don't_
   _expect any money. My expenses in prison also_
   _include medical care._

4.  Do you have any cash or savings accounts?    ☐ Yes  ☒ No

If "Yes," state the total amount: _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?

☐ Yes  ☒ No

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the above information is true and correct.

11/08/06 _____     _Ereta, Samura_ (signature)
Date                          Signature of Applicant

## Deposits

🖶 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 87194022 | **Current Institution:** | Dublin FCI |
| **Inmate Name:** | SAMUSEVA, ESETA | **Housing Unit:** | F |
| **Report Date:** | 11/08/2006 | **Living Quarters:** | F03-292L |
| **Report Time:** | 2:37:54 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/6/2006 5:04:06 PM | DUB4000 | Sales | ($37.55) | 43 | | $102.52 |
| 11/6/2006 5:02:49 AM | AMSERVICE | Western Union | $100.00 | 33302607 | | $140.07 |
| 11/2/2006 10:39:13 PM | AMService | Phone Withdrawal | ($7.00) | ITS1102 | | $40.07 |
| 11/1/2006 11:47:51 AM | DUB3000 | Sales | ($20.00) | 68 | | $47.07 |
| 10/26/2006 5:02:29 PM | DUB4000 | Sales | $0.85 | 31 | | $67.07 |
| 10/26/2006 5:00:48 PM | DUB4000 | Sales | ($123.90) | 30 | | $66.22 |
| 10/24/2006 4:53:46 PM | AMService | Phone Withdrawal | ($10.00) | ITS1024 | | $190.12 |
| 10/24/2006 3:03:42 PM | AMSERVICE | Western Union | $100.00 | 33301707 | | $200.12 |
| 10/24/2006 12:24:51 PM | DUB3000 | Sales | ($10.00) | 121 | | $100.12 |
| 10/18/2006 3:32:39 PM | AMService | Phone Withdrawal | ($10.00) | ITS1018 | | $110.12 |
| 10/17/2006 5:03:37 AM | AMSERVICE | Western Union | $100.00 | 33301207 | | $120.12 |
| 10/15/2006 3:28:10 PM | AMService | Phone Withdrawal | ($7.00) | ITS1015 | | $20.12 |
| 10/11/2006 5:03:52 PM | DUB3001 | Sales | ($30.45) | 56 | | $27.12 |
| 10/8/2006 10:21:11 PM | AMService | Phone Withdrawal | ($5.00) | ITS1008 | | $57.57 |
| 10/5/2006 8:53:24 AM | DUB0004 | Payroll - UNICOR | $57.85 | UNI0906 | | $62.57 |
| 10/4/2006 5:26:10 PM | DUB4000 | Sales | ($90.40) | 52 | | $4.72 |
| 10/2/2006 9:02:18 AM | DUB0004 | Inmate ID Card | ($5.00) | JV7004 | | $95.12 |
| 9/30/2006 6:03:40 PM | AMSERVICE | Western Union | $100.00 | 33326106 | | $100.12 |
| 9/26/2006 3:31:20 PM | AMService | Phone Withdrawal | ($15.00) | ITS0926 | | $0.12 |
| 9/19/2006 9:45:50 PM | AMService | Phone Withdrawal | ($5.00) | ITS0919 | | $15.12 |
| 9/19/2006 5:13:56 PM | DUB3005 | Sales | ($83.10) | 55 | | $20.12 |
| 9/13/2006 2:03:01 PM | AMSERVICE | Western Union | $100.00 | 33324906 | | $103.22 |
| 9/12/2006 5:06:32 PM | DUB4000 | Sales | ($26.90) | 46 | | $3.22 |
| 9/8/2006 9:37:57 PM | AMService | Phone Withdrawal | ($5.00) | ITS0908 | | $30.12 |
| 9/7/2006 5:03:58 PM | DUB4000 | Sales | ($106.20) | 39 | | $35.12 |
| 9/6/2006 11:26:22 AM | DUB4000 | Sales | ($15.00) | 38 | | $141.32 |
| 9/6/2006 10:53:51 AM | DUB0004 | Payroll - UNICOR | $30.65 | UNI0806 | | $156.32 |
| 9/3/2006 2:03:26 PM | AMSERVICE | Western Union | $100.00 | 33324206 | | $125.67 |
| 8/31/2006 9:53:38 PM | AMService | Phone Withdrawal | ($5.00) | ITS0831 | | $25.67 |
| 8/30/2006 11:14:40 AM | DUB4000 | Sales | ($15.00) | 3 | | $30.67 |
| 8/28/2006 3:59:17 PM | DUB3005 | Sales | ($55.15) | 14 | | $45.67 |
| 8/28/2006 1:03:06 PM | AMSERVICE | Western Union | $100.00 | 33323706 | | $100.82 |
| 8/26/2006 8:44:52 PM | AMService | Phone Withdrawal | ($5.00) | ITS0826 | | $0.82 |
| 8/22/2006 3:43:56 PM | AMService | Phone Withdrawal | ($5.00) | ITS0822 | | $5.82 |
| 8/21/2006 8:26:22 PM | AMService | Phone Withdrawal | ($5.00) | ITS0821 | | $10.82 |
| 8/20/2006 6:47:36 PM | AMService | Phone Withdrawal | ($5.00) | ITS0820 | | $15.82 |
| 8/19/2006 6:22:46 PM | AMService | Phone Withdrawal | ($10.00) | ITS0819 | | $20.82 |
| 8/16/2006 8:46:57 PM | AMService | Phone Withdrawal | ($7.00) | ITS0816 | | $30.82 |
| 8/16/2006 4:54:21 PM | DUB3005 | Sales | ($56.10) | 173 | | $37.82 |
| 8/15/2006 9:17:12 PM | AMService | Phone Withdrawal | ($10.00) | ITS0815 | | $93.92 |
| 8/15/2006 11:16:28 AM | DUB5621 | Inmate Co-pay | ($2.00) | FICP0806 | | $103.92 |
| 8/11/2006 3:31:10 PM | AMService | Phone Withdrawal | ($10.00) | ITS0811 | | $105.92 |
| 8/11/2006 3:03:08 PM | AMSERVICE | Western Union | $100.00 | 33322606 | | $115.92 |
| 8/10/2006 12:19:08 PM | DUB0004 | Payroll - IPP | $5.40 | FIPP0706 | | $15.92 |
| 8/9/2006 7:26:13 PM | AMService | Phone Withdrawal | ($7.00) | ITS0809 | | $10.52 |
| 8/9/2006 3:30:41 PM | AMService | Phone Withdrawal | ($5.00) | ITS0809 | | $17.52 |
| 8/8/2006 3:46:13 PM | AMService | Phone Withdrawal | ($5.00) | ITS0808 | | $22.52 |
| 8/7/2006 6:05:41 PM | DUB3005 | Sales | ($29.85) | 74 | | $27.52 |
| 8/6/2006 6:02:06 PM | AMService | Phone Withdrawal | ($10.00) | ITS0806 | | $57.37 |
| 8/5/2006 3:45:13 PM | AMService | Phone Withdrawal | ($5.00) | ITS0805 | | $67.37 |

1 2 3 4