ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 15 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF Hawaii

Eseta Samuseva )  CASE NO: CV06 00585 HG
              )
  Petitioner, )  MOTION FOR APPOINTMENT OF
              )  COUNSEL PURSUANT TO
vs.           )  18 U.S.C. §3006A(a)(2)(B)
              )
UNITED STATES OF AMERICA )
              )
  Respondent. )

COMES NOW, Petitioner Eseta Samuseva requesting the court to appoint Petitioner counsel in the pending case at bar. Petitioner has determined that she is handicapped in representing herself pro se in the final proceedings of her 28 U.S.C. §2255 Habeas Corpus motion, which was filed with this Court on October 30, 2006. Petitioner request appointment of for the following reasons:

 1. Petitioner is a novice in the law with no formal training or education in legal matters. The person who has helped Petitioner thus far is no longer available to assist her with the brief for the above stated motion. She was the only person capable of helping Petitioner answer the issues raised in Petitioner's motion. Petitioner is at a severe disadvantage without any legal aid to guide her through the legal labyrinth that is forthcoming.

 2. Petitioner has located an attorney who has indicated his/her willingness to accept appointment as Petitioner's counsel

1 | who is both qualified and experienced to represent Petitioner in
2 | the pending case at bar, including any potential evidentiary
3 | hearing. Petitioner lacks both the skills and knowledge to
4 | adequately prepare Petitioner's brief, reply brief, or prepare
5 | for an Evidentiary Hearing. Petitioner begs this Court to
6 | consider appointing the attorney listed below represent her. The
7 | Court has the jurisdiction to appoint counsel to Petitioner
8 | pursuant to subsection (3)(A) or (B)(g) of 18 U.S.C. §3006A. In
9 | *U.S. v. Vasquez*, 7 F.3d 81, Vasquez was entitled to appointment
10 | of counsel for an Evidentiary Hearing for petitioner's 28 U.S.C.
11 | §2255 motion. Failure to appoint counsel required reversal. The
12 | court can authorize Petitioner counsel of her choice for an
13 | evidentiary hearing for motion to vacate sentence. (See *U.S. v.*
14 | *Barnes*, 662 F.2d 777.
15 |     3.   Petitioner is indigent.  Petitioner earns approximately
16 | $ 50.00 _____ a month.
17 |     THEREFORE, Petitioner prays and exhorts this Honorable Court
18 | grant her request, declaring her indigent and appoint counsel to
19 | represent Petitioner in the pending 28 U.S.C. §2255 Habeas Corpus
20 | motion because she does not have sufficient funds to hire an
21 | attorney to represent her. Petitioner is at a severe
22 | disadvantage.  She is a layman in law and is incompetent,
23 | unknowledgeable, and incapable of submitting an intelligent brief
24 | or argument in her Habeas Corpus Motion because she lacks the
25 | skills necessary.
26 |     Petitioner's motion for Appointment of Counsel is

respectfully submitted under the mandates of *Haines v. Kerns,* 404 U.S. 519, "Allegation of pro se pleadings are held to less stringent standards than those formal pleadings drafted by attorneys . . . "

Submitted on this 8th day of November, 2006.

_____
Signature of Pro Se Petitioner

## Certificate of Service

I certify that the following document, Motion for Appointment of Counsel pursuant to 18 U.S.C. §3006A(a)(2)(B), was placed in the Institutional mailbox, first class postage prepaid. The said document was sent to the following individuals on the date listed below.

Pursuant to *Houston v Lack*, 487 U.S. 266, "Pro se litigants pleadings are "filed" at the moment of delivery to prison authorities.

11/08/06                               _Eric G. Samuseva_
Date                                    Signature of Person Mailing Document

U.S. Assistant Attorney's              Clerk of Courts

The lawyer I am inquiring is.
Shawn A. Luiz
Attorney at Law
City Center, Suite 800
810 Richards St.
Honolulu, Hawaii 96813