Federal Correctional Institution Dublin
Name Eseta Samusevu
87194-022
Dublin, CA 94568

United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaii 96850-0338
(Clerk)



OAKLAND
13 NOV 2006