IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. No. 03-00156 HG |
| | ) | CIVIL NO. 06-00585 HG |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING MOVANT'S** |
| vs. | ) | **APPLICATION TO PROCEED IN** |
| | ) | **FORMA PAUPERIS** |
| ESETA SAMUSEVA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DENYING MOVANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

On October 30, 2005 Defendant Eseta Samuseva ("Movant") filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

On November 15, 2006, Movant filed an Application to Proceed In Forma Pauperis ("IFP Application").

To proceed in forma pauperis on a motion under 28 U.S.C. § 2255, a petitioner must establish that he is indeed a pauper. To do so, a petitioner shall submit a sworn affidavit or declaration that includes a statement of all assets and that he is unable to pay the fees or security for the suit, and a certified copy of his prison account statement for the six-month period immediately preceding the filing of the petition, obtained from an authorized officer of the institution. 28 U.S.C. § 1915(a).

Movant's IFP Application is denied. She has not provided the Court with sufficiently detailed information of her assets and income. Movant answered "yes" to question number 1

indicating that she is currently incarcerated and employed at the institution.  She does not, however, attach a ledger sheet from the institution showing at least the past six months' transactions.  The ledger attached to Movant's IFP Application shows transactions from August 5, 2006 to November 6, 2006.

Even if Movant had attached a ledger sheet showing her last six months' transactions, the Court would deny her IFP Application.  Movant states that she receives "$100.00 every 2 months from family.  But I am not sure.  [I]f they have they send.  [I]f they don't have extra, then I don't expect any money."  Given the potential for these regular deposits to continue, and the fact that the Clerk of the Court charges no filing fee for petitions brought under § 2255, the Court finds that Movant will be able to shoulder the costs for this action.

In accordance with the foregoing, Movant's Application to Proceed Without Prepayment of Fees is **DENIED.**

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 29, 2006.



/S/ Helen Gillmor
Helen Gillmor
Chief United States District Judge

___

United States v. Samuseva, Civil No. 06-00585 HG, Crim. No. 03-00156 HG; **ORDER DENYING MOVANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS**