UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii

|  |  |
|---|---|
| APPELLANT<br>Eseta Samuseva<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>RESPONDENT | Case No. CR-03-00156 HG<br><br>RECEIVED<br>CLERK U.S. DISTRICT COURT<br>DEC 20 2007<br>2:30 p.m.<br>DISTRICT OF HAWAII<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>DEC 20 2007<br>at 2 o'clock and 30 min<br>SUE BEITIA, CLERK |

AFFIDAVIT OF DEFENDANT IN SUPPORT
OF MOTION FOR ASSIGNMENT OF COUNSEL AS
POOR PERSON

COMES NOW Eseta Samuseva, the Defendant-Appellant in the above entitled case, being duly sworn, to make this motion for an order granting assignment of Counsel. Defendant has been informed by her previous attorney that because she has no funds, she must have an attorney assigned if she wishes to prosecute her appeal. She is without funds to prosecute this appeal or to retain Counsel. No previous application for the relief sought has been made. Defendant was ignorant of the facts necessary to support her new grounds when the prior motion was filed. Lack of legal knowledge and limited legal perceptions prevented her from asserting these claims earlier. Defendant has no legal assitsance, wherefore, she requests that this Court grant her motion to have Counsel assigned for such order and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
APPELLANT

