SCANNED

Asota, Samuasoni #91194-022
Federal Correctional Institution
5701 8th street camp parks
OAKLAND CA 946
Dublin CA 94568.

17 DEC 2007 PM 5 T

United States District court
District of Hawaii
300 ALA MOANA BLVD, C-338
Honolulu, Hawaii, 96850