ORIGINAL

CC:HG

UNITED STATES COURT OF APPEALS FOR THE

NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 07 2008

at ___ o'clock and __ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,

    Plaintiff—Appelle,

v.

ESETA SAMUSEVA,

    Defendant—Appellant.

_____/

No. 05-10129

D.C. No. CR-03-00156-1-HG

## MOTION REQUESTING CONSIDERATION OF THE RE-APPOINTMENT OF THE SAME COUNSEL TO MY CASE, AS A RESULT OF THE RECENT DECISION RENDERED IN THE CRACK-COCAINE LAWS, AS RETROACTIVE

I humbly come before this Court, and request for consideration regarding the appointment of counsel for the following reasons: **(1)** my lack thereof knowledge, and/or skills in the legal field, **(2)** limited access to resources to complete a brief of this magnitude, **(3)** indigent economical status, and **(4)** support, as an incarcerated person.

Per my conversation, with Attorney **Mr. Shawn Anthony Luiz,** who can be reached at;

**City Center, Suite 800,** 810 Richards Street, Honolulu, Hawaii 96813, **#** (808) 538-0500, he indicated, and agreed to accept my case, because he desired the opportunity to come before the court in an effort to possibly rectify the outcomes in my case. He was also, willing to submit a brief on my behalf. I am aware of the great numbers of incarcerated persons who may have a desire to have counsel appointed, but I am in desperate need of your assistence, and sincerely hope you will consider my request.

Additionally, the counsel I seek is also, a private attorney, and this is a rare opportunity for an inmate to be received, and welcomed for the review of my case.

In light, of the aforementioned reasons I respectfully ask this Court to grant my request.

Humbly submitted,

*Eseta Samuseva*    1-4-2008
Eseta Samuseva

**RECEIVED**
CLERK U.S. DISTRICT COURT

JAN 07 2008

DISTRICT OF HAWAII