Eseta Samuseva #87194-022
Unit C-D
Federal Correctional Institution
5701 8th Street–Camp Parks
Dublin, California
94568

OAKLAND CA 946
03 JAN 2008 PM 6 T

LEGAL MAIL

Attention: Clerk of Courts
United States Court of Appeals for the Ninth Circuit
PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI
96850

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 07 2008
DISTRICT OF HAWAII