# MINUTES

CASE NUMBER:      CR NO. 03-00156HG

CASE NAME:        USA vs. ESETA SAMUSEVA

ATTYS FOR PLA:    Beverly Wee Sameshima for Michael K. Kawahara

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    FTR-Courtroom 7

DATE:     02/20/2008                   TIME:        10:07-10:20

COURT ACTION:  EP: [65] Motion to Appoint Counsel;  [66] Motion Requesting Consideration of the Re-Appointment of the Same Counsel to My Case - Defendant Eseta Samuseva participated by telephone.

FAFPD Alexander Silvert present.  Defendant informed of the Office of the Federal Public Defender's Plan to correspond with all Defendants seeking Appointment of Counsel in these cases.

Defendant informed the Court that Pamela J. Byrne was previously Apptd Atty for the Defendant.  Therefore, possibility that Defendant may need a CJA Atty Apptd.

[65] Motion to Appoint Counsel;  [66] Motion Requesting Consideration of the Re-Appointment of the Same Counsel to My Case taken under Advisement by the Court. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager