# MINUTES

CASE NUMBER:   CR NO. 03-00156HG

CASE NAME:     United States of America Vs. Eseta Samuseva

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    03/25/2008                    TIME:

COURT ACTION: EO: COURT ACTION:

　　　　This matter came on for hearing on February 20, 2008 regarding Defendant Eseta Samuseva's ("Defendant") Motion Requesting Consideration of the Re-Appointment of the Same Counsel to My Case, as a Result of the Recent Decision Rendered in the Crack-Cocaine Laws, As Retroactive, filed January 7, 2008 ("Motion").  The United States of America ("Government") filed its Memorandum in Opposition on January 24, 2008.

　　　　As the Government recognizes in its opposition, the Court has the discretion to appoint counsel for Defendant and hereby exercises its discretion to do so.  Having Defendant represented by counsel will provide the Court with the greatest assistance in briefing the issues and will help facilitate matters in order to complete Defendant's re-sentencing in a timely manner.

　　　　Defendant does not have any right to choose the attorney to be appointed as her counsel in this matter.  See United States v. Parker, 469 F.3d 57, 62 (2d Cir. 2006) ("[I]t is clear that an indigent defendant is not entitled to counsel of his or her choosing." (citing Green v. Abrams, 984 F.2d 41, 47 (2d. Cir. 1993))).  Assignment of counsel is a task assigned to this Court.  See id.

　　　　Defendant was previously found to qualify for appointment of counsel from the Criminal Justice Act Panel ("CJA Panel"), and this Court hereby GRANTS the Motion and appoints Rustam Barbee, Esq., who is the next qualified counsel on rotation for appointment from the CJA Panel.

```
IT IS SO ORDERED.
```

Submitted by Leslie L. Sai, Courtroom Manager